IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02503-EWN-MJW

STEVEN A. STENDER, et al.,

Plaintiffs,

v.

JAMES A. CARDWELL, et al.,

Defendants.

---

**ORDER REGARDING
DEFENDANTS' MOTION TO STAY DISCOVERY AND FURTHER PRETRIAL
PROCEEDINGS PENDING RESOLUTION OF THRESHOLD ISSUES
(DOCKET NO. 28)**

---

**MICHAEL J. WATANABE
United States Magistrate Judge**

This matter is before the court on Defendants' Motion to Stay Discovery and Further Pretrial Proceedings Pending Resolution of Threshold Issues (docket no. 28). The court has reviewed the subject motion and the Plaintiff's Memorandum in Opposition thereto (Docket No. 47). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Defendants request that this court enter a stay pending decision by Chief Judge Nottingham on Defendants' Motion to Stay or to Dismiss in Favor of Arbitration and to

Dismiss for Failure to State a Claim (docket no. 29). Defendants, in essence, argue that a stay will serve the interests of judicial efficiency and economy.

The decision to issue a stay of pretrial proceedings rests within the sound discretion of the trial court. Landis v. North American Co., 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). A stay is warranted upon a showing of good cause, to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c).

Here, the court finds, after reviewing the legal arguments presented by Defendants in their pending Motion to Stay or to Dismiss in Favor of Arbitration and to Dismiss for Failure to State a Claim (docket no. 29) and the opposition thereto, that Defendants have demonstrated a real hardship or inequity if a stay is not granted. Ben Ezra, Weinstein, & Co. v. America Online Inc., 206 F.3d 980, 987 (10th Cir. 2000). Moreover, absent undue prejudice, discovery and other pretrial proceedings should await the resolution of a motion to stay or dismiss based upon the arbitrability of the subject dispute. See LaFleur v. Teen Help, 342 F.3d 1145, 1152-53 (10th Cir. 2003) (affirming stay of discovery pending resolution of motion to dismiss).

Accordingly, in this court's discretion and in the interest of justice pursuant to S.E.C. v. Nacchio, 2005 WL 1799372 (D. Colo. July 28, 2005), the Defendants' Motion to Stay Discovery and Further Pretrial Proceedings Pending Resolution of Threshold Issues (docket no. 28) should be granted.

# ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, the court **ORDERS**:

1. That Defendants' Motion to Stay Discovery and Further Pretrial Proceedings Pending Resolution of Threshold Issues (docket no. 28) is **GRANTED**;

2. That discovery is **STAYED** pending ruling by Chief Judge Nottingham on Defendants' Motion to Stay or to Dismiss in Favor of Arbitration and to Dismiss for Failure to State a Claim (docket no. 29) or until further Order of Court;

3. That each party shall pay their own attorney fees and costs for this motion;

4. That the Preliminary Pretrial Conference set before Magistrate Judge Watanabe on June 6, 2008, at 8:30 a.m. is **VACATED**; and,

5. That the Status Conference set before Magistrate Judge Watanabe on April 14, 2008, at 8:30 a.m. remains set.

Done this 27th day of February 2008.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge