**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-02503-REB-MJW

STEVEN A. STENDER, and
INFINITY CLARK STREET OPERATING, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

JAMES A. CARDWELL, et al.,

    Defendants.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on the **Plaintiffs' Unopposed Motion for Leave to File Reply Brief in Excess of the Court's Page Limitations in Further Support of Motion For Leave to File Amended Complaint Pursuant to Fed.R.Civ.P. 15(A)** [#94], filed February 4, 2009. The motion is **GRANTED**, and plaintiffs' reply brief shall not exceed twenty (20) pages in length.

    Dated: February 5, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.