**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**


Civil Action No. 07-cv-02503-REB-MJW

STEVEN A. STENDER, and
INFINITY CLARK STREET OPERATING, on behalf of themselves and all others
similarly situated,

      Plaintiffs,

v.

JAMES A. CARDWELL, et al.,

      Defendants.

---

## MINUTE ORDER[1]

---

      The matter comes before the court on the **Plaintiffs' Motion To Reopen Case For Good Cause** [#119] filed September 15, 2010. The motion is **GRANTED** for the sole purpose to consider the motion to amend the class action complaint.

      Dated:  September 16, 2010

---

      [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.