**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 07-cv-02503-WJM-MJW

STEVEN A. STENDER, and
INFINITY CLARK STREET OPERATING, on behalf of themselves and all others similarly situated,

     Plaintiffs,

v.

JAMES A. CARDWELL, et al.,

     Defendants.

---

**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT**

---

This matter is before the Court on Plaintiffs' Motion for Court Appointed Arbitrator (ECF No. 147). In their Reply in support of this motion, Plaintiffs represent to the Court that on April 8, 2011, the parties sent joint letters to prospective arbitrators. Plaintiffs suggest that the Court provide a 30-day window from that date for the parties to jointly retain an arbitrator, at the end of which the parties would file a Joint Status Report apprising the Court of their efforts. If, at that time, the parties have not retained an arbitrator, the Court would rule on Plaintiff's motion to appoint one. The Court is in accord with Plaintiffs' suggested course of action.

- IT IS THEREFORE ORDERED that the parties confer and file, on or before **May 9, 2011**, a Joint Status Report, apprising the Court of their efforts to jointly retain an arbitrator. If at that time the parties have not retained an arbitrator, the Court will rule on Plaintiff's Motion for Court Appointed Arbitrator.

1

Dated this 18th day of April, 2011

                                              BY THE COURT:

                                              s/ *William J. Martínez*
                                              United States District Judge