# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   07-cv-02503-WJM-MJW | FTR - Courtroom A-502 |
| **Date:**   May 08, 2013 | Courtroom Deputy, Ellen E. Miller |
| STEVEN A. STENDER, and<br>INFINITY CLARK STREET OPERATING, | Kenneth A. Wexler<br>O. Lee Squitieri<br>Kara A. Elgersma<br>Diane V. Smith |
| Plaintiff(s), | |
| v. | |
| ERNEST A. GERARDI, JR., et al | Jonathan D. Polkes<br>Elizabeth S. Weiswasser<br>Ashish D. Gandhi<br>Frederick J. Baumann |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **STATUS CONFERENCE**
**Court in Session:**   3:05 p.m.
Court calls case. Appearances of counsel.

Status of the case is discussed. Discussion is held regarding Plaintiffs' motion regarding restricted access.

**It is ORDERED:**   Plaintiffs' MOTION PURSUANT TO D.C.COLO.LCivR 7.2 [Docket No. **204**, filed April 26, 2013] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

The Court will issue a written Order regarding organizational guidelines and how this case is to proceed. Parties are to file no further motions until the Court's order is entered.

Hearing concluded.
**Court in recess:**   3:36 p.m.
Total In-Court Time 00: 31

To order a transcript of this proceedings, contact  Avery Woods Reports    (303) 825-6119  or    Toll Free   1-800-962-3345.