IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02503-WJM-MJW

STEVEN A. STENDER and
INFINITY CLARK STREET OPERATING, LLC, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ARCHSTONE-SMITH OPERATING TRUST, et al.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Restrict Access to Exhibit D to Defendant Archstone's Reply Memorandum of Law (Docket No. 230) is GRANTED for good cause shown. The Clerk is directed to place Docket Nos. 229 and 229-1 under Level 3 Restriction.

Date: June 17, 2013