IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02503-WJM-MJW

STEVEN A. STENDER and
INFINITY CLARK STREET OPERATING, LLC, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ARCHSTONE-SMITH OPERATING TRUST, et al.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that plaintiffs' Motion Pursuant to D.C.COLO.LCivR 7.2(d) (Docket No. 247) is GRANTED.  The court finds that the subject motion meets to requirements as outlined in D.C.COLO.LCivR 7.2.  Accordingly, the Clerk is directed to place Docket Nos. 249 and 250 under Level 1 restriction.

Date: December 2, 2013