# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**   07-cv-02503-WJM-MJW                FTR - Courtroom A-502

**Date:**  January 16, 2014                               Courtroom Deputy, Ellen E. Miller

STEVEN A. STENDER,                                        Kara A. Elgersma
HAROLD SILVER, and                                        Diane V. Smith
INFINITY CLARK STREET OPERATING, L.L.C.,

      Plaintiff(s),

v.

ERNEST A. GERARDI, JR., et al                             Jonathan D. Polkes
                                                          Frederick J. Baumann
      Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTION HEARING / STATUS CONFERENCE
**Court in Session:**   2:06 p.m.
Court calls case. Appearances of counsel.

The Court raises Plaintiffs' Motion to Set Aside Protective Order Entered in Arbitration.
Argument by Ms. Elgersma on behalf of Plaintiffs.
Argument by Mr. Polkes on behalf of Defendants.

**It is ORDERED:**   Plaintiffs' MOTION TO SET ASIDE PROTECTIVE ORDER ENTERED IN ARBITRATION [Docket No. **251**, filed November 25, 2013] is **TAKEN UNDER ADVISEMENT.**
The court will issue its written Order.

Plaintiffs make an Oral Motion to Lift the Stay.

**It is ORDERED:**   Plaintiffs' ORAL MOTION TO LIFT STAY is **DENIED** for reasons as set forth on the record.

Hearing concluded.   **Court in recess:**  2:20 p.m.   Total In-Court Time 00:14

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.