**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 07-cv-02503-WJM-MJW

STEVEN A. STENDER, and
INFINITY CLARK STREET OPERATING, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

ARCHSTONE-SMITH OPERATING TRUST, et al.,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO
VOLUNTARILY DISMISS CAUSES OF ACTION X, XI,
AND XII OF THE SECOND AMENDED COMPLAINT**

---

This matter is before the Court on the Plaintiffs' Unopposed Motion to Voluntarily Dismiss Without Prejudice Causes of Action X, XI, and XII of the Second Amended Complaint, (ECF No. 300), and the memorandum of law submitted in support thereof (ECF No. 301).  The Court having reviewed the Motion and the supporting brief hereby ORDERS as follows:

Plaintiffs' Unopposed Motion is GRANTED.  Causes of action X, XI, and XII of the Second Amended Complaint (ECF No. 266) are hereby voluntarily DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 15(a).  Each party shall pay his or its own attorney's fees and costs.

Dated this 8th day of April, 2014.

BY THE COURT:

_____
William J. Martinez
United States District Judge