IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02503-WJM-MJW

STEVEN A. STENDER,
HAROLD SILVER, and
INFINITY CLARK STREET OPERATING, L.L.C., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ARCHSTONE-SMITH OPERATING TRUST,
ARCHSTONE-SMITH TRUST,
ERNEST A. GERARDI, JR,
RUTH ANN M. GILLIS,
NED S. HOLMES,
ROBERT P. KOGOD,
JAMES H. POLK III,
JOHN C. SCHWEITZER,
R. SCOT SELLERS,
ROBERT H. SMITH,
STEPHEN R. DEMERITT,
CHARLES MUELLER, JR.,
CAROLINE BROWER,
MARK SCHUMACHER,
ALFRED G. NEELY,
LEHMAN BROTHERS HOLDINGS, INC.,
TISHMAN SPEYER DEVELOPMENT CORPORATION,
RIVER HOLDING, LP,
RIVER TRUST ACQUISITION (MD), LLC,
RIVER ACQUISITION (MD), LP
ARCHSTONE MULTIFAMILY SERIES I TRUST,
JOHN DOES 1-8,
ARCHSTONE, INC.,
AVALONBAY COMMUNITIES, INC.,
ARCHSTONE ENTERPRISE LP,
ERP OPERATING LIMITED PARTNERSHIP, and
EQUITY RESIDENTIAL,

Defendants.

---

MINUTE ORDER

Entered By Magistrate Judge Michael J. Watanabe

It is hereby ORDERED Plaintiffs' Motion Regarding the Expert Report and Damages Computation Dates (Docket No. 350) is GRANTED for good cause shown (specifically, the delayed production of documents from the Tishman-Speyer defendants, see paragraph 5 of the motion).

It is further ORDERED that the Class Certification Scheduling Order (Docket No. 335) is AMENDED AS FOLLOWS:

- Affirmative expert disclosures are due May 25, 2015;

- Rebuttal expert disclosures are due June 15, 2015;

- The class-certification discovery cut-off is extended to June 30, 2015, for the limited purpose of deposing rebuttal experts;

- All other class-certification discovery, including deposing affirmative experts, shall be completed by June 15, 2015, as previously ordered; and

- The deadline for filing plaintiff's class-certification motion remains June 30, 2015.

Date: May 6, 2015