**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**   07-cv-02503-WJM-MJW | FTR - Courtroom A-502 |
| **Date:**   June 09, 2015 | Courtroom Deputy, Ellen E. Miller |
| STEVEN A. STENDER, | Kenneth A. Wexler |
| HAROLD SILVER, and | O. Lee Squitieri |
| INFINITY CLARK STREET OPERATING, L.L.C., | Kara A. Elgersma |
| | Diane V. Smith |
| Plaintiff(s), | |
| v. | |
| ARCHSTONE-SMITH TRUST, | Jonathan D. Polkes |
| ARCHSTONE-SMITH OPERATING TRUST, | Caroline J. Hickey Zalka |
| ERNEST A. GERARDI, JR., | Frederick J. Baumann |
| RUTH ANN M. GILLIS, | Roger P. Thomasch |
| NED S. HOLMES, | Leslie A. Eaton |
| ROBERT P. KOGOD, | |
| JAMES H. POLK, III, | |
| JOHN C. SCHWEITZER, | |
| R. SCOT SELLERS, | |
| ROBERT H. SMITH, | |
| STEPHEN R. DEMERITT, | |
| CHARLES MUELLER, JR., | |
| CAROLINE BROWER, | |
| MARK SCHUMACHER, | |
| ALFRED G. NEELY, | |
| TISHMAN SPEYER DEVELOPMENT CORPORATION, | |
| RIVER HOLDING, LP, | |
| RIVER ACQUISITION (MD), LP, | |
| RIVER TRUST ACQUISITION (MD), LLC, | |
| ARCHSTONE MULTIFAMILY SERIES I TRUST, | |
| ARCHSTONE ENTERPRISE LP, | |
| ARCHSTONE INC., | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| ERP OPERATING LIMITED PARTNERSHIP, | |
| EQUITY RESIDENTIAL, | |
| AVALONBAY COMMUNITIES, INC. and | |
| JOHN DOES 1-8, | |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **STATUS   CONFERENCE**

**Court in Session:**     2:00 p.m.
Court calls case.  Appearances of counsel.

The Court raises The Archstone Defendants' Motion to Amend the Class Certification Scheduling Orders [Docket No. 365] for argument.  Argument by both sides is heard.

**It is ORDERED:**     The Archstone Defendants' MOTION TO AMEND THE CLASS CERTIFICATION SCHEDULING ORDERS [Docket No. **365,** filed June 03, 2015] is **GRANTED** for reasons as set forth on the record.

The Scheduling Order [Docket No. 335, entered December 15, 2014] is AMENDED:
  Rebuttal expert disclosures:       **JULY 13, 2015**
  Deadline to depose rebuttal experts(s):  **JULY 28, 2015**
  Deadline for all other class certification discovery, including deposing affirmative experts**:  JULY 13, 2015**

  Deadline for Plaintiffs to file Motion for Class Certification:     **JULY 28, 2015**
  Deadline for Defendants to file Response:  **AUGUST 27 , 2015**
  Deadline for Plaintiffs to file Reply:    **SEPTEMBER 14, 2015**


**It is ORDERED:**     The seven (7) items articulated as a stipulation by the parties is approved as stated on the record.  **On or before JUNE 12, 2015,** Plaintiffs shall provide these seven items to Defendants.

Defendants have received 2003-2012 Tax-Returns for Harold Silver.
Defendants have received 2003-2013 Tax-Returns for Steven A. Stender.
Defendants have received 2003-2013 Tax-Returns for Infinity Clark Street Operating, LLC .
Plaintiff has agreed to provide to the Defendants the 2013 Tax-Return of Harold Silver **on or before JUNE 12, 2015.**
It is believed requests for extensions on filing 2014 Tax-Returns for Harold Silver, Steven A. Stender,  and Infinity Clark Street Operating, LLC  are pending.
Plaintiff shall provide to Defendants the basis for the calculations **on or before JUNE 16, 2015.**

Plaintiffs shall file Supplements to the Defendants' second set of interrogatories **on or before JUNE 16, 2015.**

**It is ORDERED:**     A   **STATUS CONFERENCE** is set   **JULY 15, 2015 at 1:30 p.m.**  (Mountain Time) in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Two hours are set aside for this Status Conference.

Hearing concluded.
**Court in recess:**   3:14 p.m.
Total In-Court Time 01:19 minutes