# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | November 13, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Frederick James Baumann
Mr. Alex C. Myers
Lewis Roca Rothgerber
1200 17th Street, Suite 3000
Denver, CO 80202

Mr. Ashish Dinesh Gandhi
Mr. Jonathan Polkes
Mr. Gregory Silbert
Weil Gotshal & Manges
767 Fifth Avenue, Suite 3301
New York, NY 10153

**RE:   15-707, Archstone-Smith Trust, et al v. Stender, et al**
   Dist/Ag docket: 1:07-CV-02503-WJM-MJW

Dear Counsel:

Your petition for permission to appeal pursuant to Fed. R. Civ. P. 23(f) and Fed. R. App. P. 5, has been filed today. Please note your case number above. You will be notified of the court's action on this petition and advised of any further requirements. Any answer to the petition shall be filed with the court within 10 days after the petition is served. See Fed. R. App. P. 5(b)(2).

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Leslie A Eaton
Kara A. Elgersma
Monica Kathleen Loseman
Diane Vaksdal Smith
Lee Squitieri
Roger P. Thomasch
Kenneth A. Wexler

EAS/sds