**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   07-cv-02503-WJM-MJW

STEVEN A. STENDER, and
INFINITY CLARK STREET OPERATING, L.L.C., on behalf of themselves and all others
similarly situated,

     Plaintiff,

v.

ARCHSTONE-SMITH OPERATING TRUST, *et al.*,

     Defendants.

---

**FINAL JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and pursuant to

Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the Order entered by Judge William J. Martinez on August 25 2017,

     IT IS ORDERED that Defendants' Motions for Summary Judgment (Docs. 565, 570,

571, and 576) are granted.   It is

     FURTHER ORDERED that judgment is entered in favor of all Defendants and against

Plaintiffs and Plaintiff Class.   It is

     FURTHER ORDERED that this case is dismissed and closed.   It is

     FURTHER ORDERED that Defendants shall have their costs upon compliance with

D.C.COLO.LCivR 54.1.

     Dated this 25th day of August, 2017.

                         FOR THE COURT:
                         JEFFREY P. COLWELL

                         By:___s/C. Pearson_____
                              C. Pearson, Deputy Clerk