# Exhibit A

<u>**Exhibit A: Court Conference Reporting Costs**</u>

**Cost Category No. 2: Fees of the Court Reporter**

*Total Costs Sought: $2,843.46*

| Date | Description | Location | References |
|---|---|---|---|
| 2/28/13 | TRO Hearing | Denver, CO | • (ECF 571) 2013 Defs.' Mot. for Summary Judgment at 3 |
| 5/8/13 | Status Conference (Watanabe, M.J.) | Denver, CO | • (ECF 255) Defs.' Opp. to Plfs.' Request for Limited Relief at 6<br>• (ECF 260) Defs.' Opp. to Motion to Set Aside Protective Order at 4 |
| 2/4/14 | Status Conference (Watanabe, M.J.) | Denver, CO | • (ECF 294) Defs.' Response to Plfs.' Objections to Feb. 5 and Feb. 7 Orders at 4 |
| 10/17/14 | Status Conference (Watanabe, M.J.) | Denver, CO | • (ECF 321) Mot. to Modify Oct. 17, 2014 Minute Order at 3 |
| 12/15/14 | Class Certification Scheduling Conference (Watanabe, M.J.) | Denver, CO | • (ECF 381) Defs.' Mot. to Compel Accountant Depositions at 4<br>• (ECF 446) Joint Proposed Merits Scheduling Order at 4<br>• Mar. 16, 2015 letter from Defs. to Plfs. at 1, 3 |
| 2/11/15 | Status Conference (Watanabe, M.J.) | Denver, CO | • (ECF 501) 2013 Defs.' Opp. to Mot. to Compel Discovery from 2013 Defs. at 5<br>• (ECF 446) Joint Proposed Merits Scheduling Order at 4<br>• Mar. 2, 2015 letter from Defs. to Plfs. |
| 3/31/15 | Status Conference (Watanabe, M.J.) | Denver, CO | • (ECF 350) Plfs.' Mot. re Expert Report and Damages at 2<br>• (ECF 381) Defs.' Mot. to Compel Accountant Depositions at 4, 7<br>• Apr. 14, 2015 letter from Defs. to Plfs. at 5 |
| 6/9/15 | Status Conference (Watanabe, M.J.) | Denver, CO | • (ECF 374) Opp to Motion for Relief from Sanctions at 2, 12-13<br>• (ECF 381) Defs.' Mot. to Compel Accountant Depositions 5, 7-8<br>• (ECF 387) Response to Plfs.' Proposed Agenda for July 15 Status Conference at 4<br>• July 9, 2015 letter from Defs. to Plfs. at 3 |
| 7/15/15 | Status Conference (Watanabe, M.J.) | Denver, CO | • (ECF 411) In Camera Submission of Billing Records at 2 |

| Date | Description | Location | References |
|------|-------------|----------|-----------|
| 10/8/15 | Status Conference (Watanabe, M.J.) | Denver, CO | |
| 11/16/15 | Merits Scheduling Conference (Watanabe, M.J.) | Denver, CO | • (ECF 501) 2013 Defs.' Opp. to Mot. to Compel Discovery from 2013 Defs. at 7<br>• Jan. 15, 2016 letter from Defs. to Plfs.<br>• Feb. 5, 2016 letter from Defs. to Plfs. |
| 2/11/16 | Status Conference (Watanabe, M.J.) | Denver, CO | |
| 4/6/16 | Status Conference (Watanabe, M.J.) | Denver, CO | |
| 8/12/16 | Status Conference (Watanabe, M.J.) | Denver, CO | • (ECF 541) Defs.' Mot. to Strike Plfs.' Mot. to Amend Class Cert. at 2 |
| 5/4/17 | Pretrial Conference (Martinez, J.) | Denver, CO | *Court defined the scope of trial (limited to named Plaintiffs' damages only)* |