# Exhibit B

**Exhibit B: Arbitration Hearing Court Reporting Costs**

**Cost Category No. 2: Fees of the Court Reporter**

*Total Costs Sought: $42,781.01*

| Date | Description | Location | References |
|---|---|---|---|
| 10/2/12 | Arbitration Hearing | Philadelphia, PA | • Respondents' Post-Hearing Brief (Ambrose, Kogod, Testimonies) at 8, 12, 23-24, 30-32, 36-37<br>• Claimants' Post-Hearing Brief (Ambrose, Kogod Testimonies) at 17, 32, 36 |
| 10/3/12 | Arbitration Hearing | Philadelphia, PA | • (ECF 572) Archstone Defs.' Motion for Summary Judgment (R. Schweihs Testimony) at 34<br>• Respondents' Post-Hearing Brief (Schweihs, Slaughter Testimonies) at 6, 11, 13, 19, 23-25, 28, 30-37, 42<br>• Claimants' Post-Hearing Brief (Schweihs Testimony) at 71, 76, 78, 81-82, 86 |
| 10/5/12 | Arbitration Hearing | Philadelphia, PA | • (ECF 571) Trustee Defs.' Motion for Summary Judgment (Mueller Testimony) at 6, 13, 17-18<br>• Respondents' Post-Hearing Brief (Mueller Testimony) at 2, 8-13, 19, 22, 28-29, 34<br>• Respondents' Post-Hearing Reply Brief (Mueller Testimony) at 4-5, 8-9<br>• Claimants' Post-Hearing Brief (S. Stender Testimony) at 48 |
| 10/8/12 | Arbitration Hearing | Philadelphia, PA | • Respondents' Post-Hearing Brief (Markowitz, Pluth Testimonies) at 8, 15, 22, 36-42<br>• Claimants' Post-Hearing Brief (Markowitz Testimony) at 58<br>• Claimants' Post-Hearing Reply Brief (Markowitz, Pluth Testimonies) at 5, 10 |
| 10/9/12 | Arbitration Hearing | Philadelphia, PA | • Respondents' Post-Hearing Brief (Bederman, Bransky, B. Simon, B. Stender, D. Simon, D. Stender, Rubel, Spiegel Testimonies) at 8, 10, 15, |

| Date | Description | Location | References |
|------|-------------|----------|-----------|
| | | | 30, 36, 40-42<br>• Claimants' Post-Hearing Brief (Bederman, Bransky, B. Simon, B. Stender, D. Simon, D. Stender, Rubel, Spiegel Testimonies) at 48-50, 53-58 |
| 10/10/12 | Arbitration Hearing | Philadelphia, PA | • Respondents' Post-Hearing Brief (Gerardi, S. Stender Testimonies) at 8-13, 15, 19, 23, 30, 35, 37, 39-43<br>• Respondents' Post-Hearing Reply Brief (Gerardi, S. Stender Testimonies) at 5, 8-9<br>• Claimants' Post-Hearing Brief (Gerardi, S. Stender Testimonies) at 8-10, 22, 29-30, 35, 37, 43, 48 |
| 10/11/12 | Arbitration Hearing | Philadelphia, PA | • Respondents' Post-Hearing Brief (Grenadier Testimony) at 22, 25-35<br>• Claimants' Post-Hearing Brief (Grenadier Testimony) at 63 |
| 10/12/12 | Arbitration Hearing | Philadelphia, PA | • Respondents' Post-Hearing Brief (Glazer Testimony) at 2, 9, 13-17, 20-22, 26, 41<br>• Respondents' Post-Hearing Reply Brief (Glazer Testimony) at 4-9<br>• Claimants' Post-Hearing Brief (Glazer Testimony) at 65 |
| 10/17/12 | Arbitration Hearing | Philadelphia, PA | • Respondents' Post-Hearing Brief (Fischel Testimony) at 4, 10-11, 21, 26-28, 32-35<br>• Claimants' Post-Hearing Brief (Fischel Testimony) at 69 |
| 1/7/13 | Post-Hearing Oral Argument | Philadelphia, PA | • Respondents' Post-Hearing Brief (Ambrose, Kogod, Testimonies) at 8, 12, 23-24, 30-32, 36-37<br>• Claimants' Post-Hearing Brief (Ambrose, Kogod Testimonies) at 17, 32, 36 |

2