# Exhibit C

## Exhibit C: Arbitration Deposition Court Reporting, Travel, & Lodging Costs

### Costs Category No. 5: Costs Incident to the Taking of Depositions

*Total Court Reporting Costs Sought:$36,783.57*
*Total Travel and Lodging Costs Sought:$11,459.00*
***Total Costs Sought: $48,242.57***

| Date | Name | Location | Outside Subpoena Power | Plaintiffs Noticed | Plaintiffs Trial Witness | Reference(s) |
|---|---|---|---|---|---|---|
| 4/17/12 | Charles Mueller | Denver, CO | No | Yes | Yes | • (ECF 593) Decl. to Plfs.' Opp. to Mot. for Summary Judgment – Ex. CC<br>• (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 11<br>• Claimants' Pre-Hearing Brief – Ex. H |
| 5/2/12 | Robert Simon (Claimant) | Chicago, IL | Yes | No | No | • Respondents' Post-Hearing Brief<br>• Respondents' Pre-Hearing Brief<br>• Claimants' Pre-Hearing Brief – Ex. V<br>• Deposition played at Arb. Hearing (10/9/12) |
| 5/3/12 | Joel Michael Stender (Claimant) | Chicago, IL | Yes | No | No | • Respondents' Pre-Hearing Brief<br>• Claimants' Pre-Hearing Brief– Ex. U<br>• Deposition played at Arb. Hearing (10/3/12) |
| 5/14/12 | Steven Arthur Stender (Claimant) | Chicago, IL | Yes | No | Yes | • (ECF 575-1) Decl. to Defs.' Mot. for Summary Judgment – Ex. 13<br>• (ECF 413-1) Decl. to Defs.' Opp. to Mot. for Class Cert. – Ex. 21<br>• Respondents' Pre-Hearing Brief<br>• Claimants' Pre-Hearing Brief – Ex. W |

| Date | Name | Location | Outside Subpoena Power | Plaintiffs Noticed | Plaintiffs Trial Witness | Reference(s) |
|---|---|---|---|---|---|---|
| 5/15/12 | Randy Markowitz (Claimant's Accountant) | Chicago, IL | Yes | No | No | • (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 9 |
| 5/15/12 | Helen Rubel (Claimant) | Chicago, IL | Yes | No | No | • Respondents' Post-Hearing Brief<br>• Claimants' Pre-Hearing Brief – Ex. T<br>• Deposition played at Arb. Hearing (10/9/12) |
| 5/31/12 | Paul Galiano | New York, NY | Yes | Yes | Yes | • (ECF 593) Decl. to Plfs.' Opp. to Mot. for Summary Judgment – Ex. M<br>• (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 5<br>• Claimants' Pre-Hearing Brief– Ex. O<br>• Deposition played at Arb. Hearing (10/2/12) |
| 6/6/12 | Robert Kogod | Washington, DC | Yes | Yes | Yes | • Claimants' Pre-Hearing Brief – Ex. P<br>• Deposition played at Arb. Hearing (10/2/12; 10/11/12) |
| 6/20/12 | Ernest Gerardi | Ocean City, MD | Yes | Yes | Yes - Dep | • (ECF 575-1) Decl. to Defs.' Mot. for Summary Judgment – Ex. 56<br>• Claimants' Pre-Hearing Brief– Ex. R |
| 7/11/12 | Hoke Slaughter | New York, NY | Yes | Yes | Yes | • (ECF 575-1) Decl. to Defs.' Mot. for Summary Judgment – Ex. 49<br>• (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 16<br>• Respondents' Post-Hearing Brief[1] |

---

[1] Arbitration hearing transcript was cited, but deposition was played at the arbitration hearing.

| Date | Name | Location | Outside Subpoena Power | Plaintiffs Noticed | Plaintiffs Trial Witness | Reference(s) |
|---|---|---|---|---|---|---|
| | | | | | | - Claimants' Pre-Hearing Brief– Ex. Y<br>- Deposition played at Arb. Hearing (10/3/12; 10/11/12) |
| 7/17/12 | Charles Mueller | Denver, CO | No | Yes | Yes | - (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 12 |
| 8/21/12 | Steven Grenadier | Palo Alto, CA | Yes | Yes | No | - Claimants' Pre-Hearing Brief – Ex. CC |
| 8/23/12 | Robert Pluth (Expert) | Chicago, IL | Yes | No | No | - (ECF 593) Decl. to Plfs.' Opp. to Mot. for Summary Judgment – Ex. Q<br>- Claimants' Pre-Hearing Brief– Ex. E |
| 8/30/12 | Edward Glazer | Los Angeles, CA | Yes | Yes | No | - Claimants' Pre-Hearing Brief– Ex. N |
| 9/4/12 | David Stender (Claimant) | Chicago, IL | Yes | No | No | - Respondents' Post-Hearing Brief<br>- Deposition played at Arb. Hearing |
| 9/4/12 | Willard Bransky (Claimant) | Chicago, IL | Yes | No | No | - Respondents' Post-Hearing Brief<br>- Respondents' Pre-Hearing Brief<br>- Deposition played at Arb. Hearing (10/9/12) |
| 9/5/12 | Jack Katz (Claimant) | Chicago, IL | Yes | No | No | - Deposition played at Arb. Hearing (10/5/12) |
| 9/6/12 | Diana Simon (Claimant) | Chicago, IL | Yes | No | No | - Respondents' Post-Hearing Brief<br>- Deposition played at Arb. Hearing (10/9/12) |
| 9/6/12 | William Spiegel (Claimant) | Chicago, IL | Yes | No | No | - Respondents' Post-Hearing Brief<br>- Respondents' Pre-Hearing Brief<br>- Deposition played at Arb. Hearing (10/9/12) |
| 9/11/12 | Robert Schweihs | Chicago, IL | Yes | No | Yes | - Claimants' Pre-Hearing Brief – Ex. C |

| Date | Name | Location | Outside Subpoena Power | Plaintiffs Noticed | Plaintiffs Trial Witness | Reference(s) |
|---|---|---|---|---|---|---|
| | (Expert) | | | | | |
| 9/13/12 | Brent Ambrose (Expert) | State College, PA | Yes | No | No | |
| 9/13/12 | Burton Stender (Claimant) | Fort Lauderdale, FL | Yes | No | No | • Respondents' Pre-Hearing Brief<br>• Respondents' Post-Hearing Brief<br>• Deposition played at Arb. Hearing (10/9/12) |
| 9/13/12 | Stuart Bederman (Claimant) | Fort Lauderdale, FL | Yes | No | No | • Respondents' Post-Hearing Brief<br>• Deposition played at Arb. Hearing (10/9/12) |
| 9/14/12 | Daniel Fischel | Chicago, IL | Yes | Yes | No | • (ECF 593) Decl. to Plfs.' Opp. to Mot. for Summary Judgment – Ex. L<br>• Claimants' Pre-Hearing Brief – Ex. A |