# Exhibit D

### Exhibit D: Class Certification Deposition Court Reporting, Travel, & Lodging Costs

### Costs Category No. 5: Costs Incident to the Taking of Depositions

*Total Court Reporting Costs Sought: $26,961.01*
*Total Travel and Lodging Costs Sought: $10,254.00*
***Total Costs Sought: $37,215.01***

| Date | Name | Location | Outside Subpoena Power | Plaintiffs Noticed | Plaintiffs Trial Witness | Reference(s) |
|---|---|---|---|---|---|---|
| 3/19/15 | Tom Reif | Miami, FL | Yes | Yes | Yes | • (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 13 |
| 5/15/15 | James Polk | Santa Fe, NM | Yes | Yes | Yes - Dep | • (ECF 593) Decl. to Plfs.' Opp. to Mot. for Summary Judgment – Ex. WW<br>• (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 10 |
| 5/19/15 | Paul Galiano | New York, NY | Yes | Yes | Yes | • (ECF 593) Decl. to Plfs.' Opp. to Mot. for Summary Judgment – Ex. N<br>• Class Cert. – Ex. 4<br>• (ECF 413-1) Decl. to Defs.' Opp. to Mot. for Class Cert. – Ex. 11 |
| 5/20/15 | Tom Reif | Denver, CO | Yes* | Yes | Yes | • (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 14 |
| 6/2/15 | Harold Silver | Chicago, IL | Yes | No | No | • (ECF 575-1) Decl. to Defs.' Mot. for Summary Judgment – Ex. 103<br>• (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 15<br>• (ECF 413-1) Decl. to Defs.' Opp. to Mot. for Class Cert. – Ex. 1 |
| 6/3/15 | James Fiffer | Chicago, IL | Yes | Yes | No | |

| Date | Name | Location | Outside Subpoena Power | Plaintiffs Noticed | Plaintiffs Trial Witness | Reference(s) |
|---|---|---|---|---|---|---|
| 6/4/15 | Steven Stender | Chicago, IL | Yes | No | Yes | • (ECF 575-1) Decl. to Defs.' Mot. for Summary Judgment – Ex. 14<br>• (ECF 593) Decl. to Plfs.' Opp. to Mot. for Summary Judgment – Ex. QQ<br>• (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 19<br>• (ECF 413-1) Decl. to Defs.' Opp. to Mot. for Class Cert. – Ex. 3 |
| 6/5/15 | Steven Stender | Chicago, IL | Yes | No | Yes | • (ECF 575-1) Decl. to Defs.' Mot. for Summary Judgment – Ex. 31<br>• (ECF 593) Decl. to Plfs.' Opp. to Mot. for Summary Judgment – Ex. RR<br>• (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 20<br>• (ECF 413-1) Decl. to Defs.' Opp. to Mot. for Class Cert. – Ex. 5 |
| 6/5/15 | Robert Lund | Chicago, IL | Yes | Yes | Yes | • (ECF 593) Decl. to Plfs.' Opp. to Mot. for Summary Judgment – Ex. Z<br>• (ECF 413-1) Decl. to Defs.' Opp. to Mot. for Class Cert. – Ex. 4 |
| 6/23/15 | Evan Cohen | Cambridge, MA | Yes | No | No | • (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 2<br>• (ECF 413-1) Decl. to Defs.' Opp. to Mot. for Class Cert. – Ex. 20 |
| 6/26/15 | David Slotkin | Washington, DC | Yes | Yes | Yes | • (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 18<br>• (ECF 413-1) Decl. to Defs.' Opp. to Mot. for Class Cert. – Ex. 8 |

| Date | Name | Location | Outside Subpoena Power | Plaintiffs Noticed | Plaintiffs Trial Witness | Reference(s) |
|---|---|---|---|---|---|---|
| 7/22/15 | Bruce Gilchrist | Washington, DC | Yes | Yes | Yes | • (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 7<br>• (ECF 413-1) Decl. to Defs.' Opp. to Mot. for Class Cert. – Ex. 9 |
| 7/23/15 | Peter Genz | Atlanta, GA | Yes | Yes | No | • (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 6<br>• (ECF 413-1) Decl. to Defs.' Opp. to Mot. for Class Cert. – Ex. 28 |
| 7/23/15 | Sheldon Silver | Bonnockburn, IL | Yes | No | No | • (ECF 413-1) Decl. to Defs.' Opp. to Mot. for Class Cert. – Ex. 26 |
| 7/24/15 | Daniel Fischel | Jackson Hole, WY | Yes | Yes | No | • (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 3<br>• (ECF 413-1) Decl. to Defs.' Opp. to Mot. for Class Cert. – Ex. 25 |
| 7/24/15 | Steven Grenadier | Redwood Shores, CA | Yes | Yes | No | • (ECF 397-1) Decl. to Plfs.' Mot. for Class Cert. – Ex. 8 |
| 7/24/15 | Randy Markowitz | Chicago, IL | Yes | No | No | • (ECF 413-1) Decl. to Defs.' Opp. to Mot. for Class Cert. – Ex. 23 |