EXHIBIT 2

| Item Description* | Date | Total Court Reporter Costs | Archstone Total |
|---|---|---|---|
| **4/17/12 Deposition of Charles Mueller ** (defend)** | | | |
| TOTAL | | | $ 539.00 |
| **5/14/12 Deposition of Steven Stender** (take)** | | | |
| Video Services for Deposition (video taping, master tapes) | 5/14/2012 | | $ 505.00 |
| Video Services for Deposition (DVD sync with transcript) | 5/14/2012 | | $ 75.00 |
| TOTAL | | | $ 2,534.52 |
| **5/15/12 Deposition of Randy Markowitz** (take)** | | | |
| Video Services for Deposition (video taping, master tapes) | 5/15/2012 | | $ 420.00 |
| Video Services for Deposition (DVD sync with transcript) | 5/15/2012 | | $ 100.00 |
| TOTAL | | | $ 2,206.94 |
| **5/31/12 Deposition of Paul Galiano** (defend)** | | | |
| Video Services (MPEG video on DVD) | | | $ 35.00 |
| TOTAL | | | $ 463.42 |
| **6/20/12 Deposition of Ernest Gerardi** (defend)** | | | |
| TOTAL | | | $ 490.00 |
| **7/11/12 Deposition of Hoke Slaughter** (defend)** | | | |
| Video Services for Deposition (Synced video on DVT) | 7/11/2012 | | $ 35.00 |
| TOTAL | | | $ 1,191.90 |
| **7/17/12 Deposition of Charles Mueller** (defend)** | | | |
| Video Services (synced Video on DVT) | | | $ 35.00 |
| TOTAL | | | $ 1,102.67 |
| **8/23/12 Deposition of Robert Pluth** (take)** | | | |
| Video Services for Deposition (video taping, master tapes) | 8/23/2012 | | $ 760.00 |
| Video Services for Deposition (DVD sync with transcript) | 8/23/2012 | | $ 125.00 |
| TOTAL | | | $ 3,254.51 |
| **9/14/12 Deposition of Daniel Fischel** (defend)** | | | |
| Video Services (synced video) | 9/14/2012 | | $ 105.00 |
| TOTAL | | | $ 1,321.35 |
| **3/19/15 Deposition of Tom Reif (defend)** | | | |
| Video Services (synced video & shipping) | 3/19/2015 | | $ 317.50 |
| TOTAL | | | $ 2,073.70 |
| **5/15/15 Deposition of James Polk (defend)** | | | |
| TOTAL | | | $ 1,641.07 |
| **5/19/15 Deposition of Paul Galiano (defend)** | | | |

| | | | | |
|---|---|---|---|---|
| Video Services (synced video & shipping) | 5/19/2015 | | $ | 317.50 |
| **TOTAL** | | | $ | **1,468.60** |
| **5/20/15 Deposition of Tom Reif (defend)** | | | | |
| Video Services (synced video & shipping) | 5/20/2015 | | $ | 175.00 |
| **TOTAL** | | | $ | **1,497.60** |
| **6/2/15 Deposition of Harold Silver (take)** | | | | |
| Video Services for Deposition (video taping, master tapes) | 6/2/2015 | | $ | 820.00 |
| Video Services for Deposition (capture of master tape to MPEG1 format) | 6/2/2015 | | $ | 140.00 |
| **TOTAL** | | | $ | **3,670.35** |
| **6/3/15 Deposition of James Fiffer (defend)** | | | | |
| Video Services (synced video & shipping) | 6/3/2015 | | $ | 222.50 |
| **TOTAL** | | | $ | **1,278.80** |
| **6/4/14 Deposition of Steven Stender (take)** | | | | |
| Video Services for Deposition (video taping, master tapes) | 6/4/2014 | | $ | 675.00 |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD sync with transcript) | 64/14 | | $ | 250.00 |
| **TOTAL** | | | $ | **2,895.82** |
| **6/5/14 Deposition of Steven Stender (take)** | | | | |
| Video Services for Deposition (video taping, master tapes) | 6/5/2015 | | $ | 1,040.00 |
| Video Services for Deposition (capture master tap to MPEG1 format, DVD capture and sync) | 6/5/2015 | | $ | 400.00 |
| **TOTAL** | | | $ | **4,072.85** |
| **6/5/15 Deposition of Robert Lund (defend)** | | | | |
| Video Services (synced video & shipping) | 6/5/2015 | | $ | 127.50 |
| **TOTAL** | | | $ | **492.60** |
| **6/23/15 Deposition of Evan Cohen (take)** | | | | |
| Video Services for Deposition (video taping, master tapes) | 6/23/2015 | | $ | 685.00 |
| Video Services for Deposition (DVD capture and sync) | 6/23/2015 | | $ | 100.00 |
| **TOTAL** | | | $ | **3,659.86** |
| **6/26/15 Deposition of David Slotkin (defend)** | | | | |
| Video Services (synced video & shipping) | 6/26/2015 | | $ | 270.00 |
| **TOTAL** | | | $ | **1,913.45** |
| **7/22/15 Deposition of Bruce Gilchrist (defend)** | | | | |

| Video Services (synced video & shipping) | 7/22/2015 | | $ | 175.00 |
|---|---|---|---|---|
| **TOTAL** | | | $ | **1,279.60** |
| **7/23/15 Deposition of Peter Genz (defend)** | | | | |
| Video Services (synced video & shipping) | 7/23/2015 | | $ | 365.00 |
| **TOTAL** | | | $ | **2,564.05** |
| **7/23/15 Deposition of Sheldon Silver (take)** | | | | |
| Video Services for Deposition (video taping, master tapes) | 7/23/2015 | | $ | 370.00 |
| Video Services for Deposition ( DVD capture and sync) | 7/23/2015 | | $ | 50.00 |
| **TOTAL** | | | $ | **2,341.30** |
| **7/24/15 Deposition of Daniel Fischel (defend)** | | | | |
| Video Services (synced video & shipping) | 7/24/2015 | | $ | 270.00 |
| **TOTAL** | | | $ | **2,144.50** |
| **7/24/15 Deposition of Steven Grenadier (defend)** | | | | |
| Video Services (synced video & shipping) | 7/24/2015 | | $ | 127.50 |
| **TOTAL** | | | $ | **1,219.55** |
| **7/24/15 Deposition of Randy Markowitz (take)** | | | | |
| Video Services for Deposition (video taping, master tapes) | 7/24/2015 | | $ | 675.00 |
| Video Services for Deposition (DVD sync with transcript) | 7/24/2015 | | $ | 125.00 |
| **TOTAL** | | | $ | **3,358.81** |
| **4/5/16 Deposition of John Schwheitzer (defend)** | | | | |
| Video Services for Deposition (DVD capture and sync) | 4/5/2016 | | $ | 150.00 |
| **TOTAL** | | | $ | **2,023.96** |
| **4/7/16 Deposition of Stephen Demeritt (defend)** | | | | |
| Video Services for Deposition (DVD capture and sync) | 4/7/2016 | | $ | 25.00 |
| **TOTAL** | | | $ | **1,140.65** |
| **4/21/16 Deposition Date of Robert Kogod (defend)** | | | | |
| Video Services for Deposition (DVD capture and sync) | 4/21/2016 | | $ | 75.00 |
| **TOTAL** | | | $ | **1,133.91** |
| **4/27/16 Deposition of Charles Mueller (defend)** | | | | |
| Video Services for Deposition (DVD capture and sync) | 4/27/2016 | | $ | 100.00 |
| **TOTAL** | | | $ | **1,883.41** |
| **4/29/16 Deposition of David Slotkin (defend)** | | | | |
| Video Services for Deposition (DVD capture and sync) | 4/29/2016 | | $ | 100.00 |
| **TOTAL** | | | $ | **1,865.20** |
| **5/4/16 Deposition of James Polk (defend)** | | | | |

| | | | | |
|---|---|---|---|---|
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 5/4/2016 | | $ | 150.00 |
| **TOTAL** | | | **$** | **1,493.36** |
| **5/10/16 Deposition of Ermet Gerardi (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 5/10/2016 | | $ | 150.00 |
| **TOTAL** | | | **$** | **1,651.57** |
| **5/12/16 Deposition of Robert Lund (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 5/12/2016 | | $ | 150.00 |
| **TOTAL** | | | **$** | **1,587.87** |
| **5/17/16 Deposition of Mark Walsh (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 5/17/2016 | | $ | 100.00 |
| **TOTAL** | | | **$** | **841.85** |
| **5/19/16 Deposition of Michael Benner (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 5/19/2016 | | $ | 180.00 |
| **TOTAL** | | | **$** | **1,375.41** |
| **5/20/16 Deposition of Matt Johnson (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 5/20/2016 | | $ | 210.00 |
| **TOTAL** | | | **$** | **1,628.28** |
| **5/24/16 Deposition of Pau Galiano (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 5/24/2016 | | $ | 210.00 |
| **TOTAL** | | | **$** | **1,882.18** |
| **5/26/16 Deposition of Victor Cuciniello (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 5/26/2016 | | $ | 180.00 |
| **TOTAL** | | | **$** | **1,364.62** |
| **6/3/16 Deposition of Keith Cyrus (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 6/3/2016 | | $ | 210.00 |
| **TOTAL** | | | **$** | **1,864.45** |
| **6/7/16  Deposition of Lisa Beeson (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 6/7/2016 | | $ | 280.00 |

| | | | | |
|---|---|---|---|---|
| **TOTAL** | 6/7/2016 | | $ | **2,520.78** |
| **6/13/16 Deposition of R. Scot Sellers (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 6/13/2016 | | $ | **360.00** |
| **TOTAL** | | | $ | **3,218.35** |
| **6/15/16 Deposition of Ruth Ann Gillis (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 6/15/2016 | | $ | **120.00** |
| **TOTAL** | | | $ | **1,708.55** |
| **6/16/16 Deposition of Cameron Clough (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 6/16/2016 | | $ | **180.00** |
| **TOTAL** | | | $ | **1,542.28** |
| **6/21/16 Deposition of Ned Holmes (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 6/21/2016 | | $ | **120.00** |
| **TOTAL** | | | $ | **1,380.24** |
| **6/22/16 Deposition of David Lazarus (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 6/22/2016 | | $ | **180.00** |
| **TOTAL** | | | $ | **1,624.60** |
| **6/23/16 Deposition of Mark Schumacher (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 6/23/2016 | | $ | **60.00** |
| **TOTAL** | | | $ | **975.85** |
| **6/24/16 Deposition of Caroline Brower (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 6/24/2016 | | $ | **360.00** |
| **TOTAL** | | | $ | **3,534.08** |
| **6/28/16 Deposition of Steven Stender (take)** | | | | |
| Video Services for Deposition (video taping, master tapes) | 6/28/2016 | | $ | **420.00** |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD sync with transcript, additional video/ text stream user) | 6/28/2016 | | $ | **280.00** |
| **TOTAL** | | | $ | **3,357.30** |
| **7/28/16 Deposition of Bruce Gilchrist (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 7/28/2016 | | $ | **360.00** |

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | | $ | **3,029.40** |
| **8/1/16 Deposition of Prentiss Feagles (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 8/1/2016 | | $ | 180.00 |
| **TOTAL** | | | $ | **1,669.35** |
| **8/2/16 Deposition of David Slotkin (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 8/2/2016 | | $ | 120.00 |
| **TOTAL** | | | $ | **807.81** |
| **8/4/16 Deposition of Robert Speyer (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 8/4/2016 | | $ | 180.00 |
| **TOTAL** | | | $ | **889.76** |
| **9/13/16 Deposition of David Slotkin (defend)** | | | | |
| Video Services for Deposition (DVD capture and sync) | 9/13/2016 | | $ | 120.00 |
| **TOTAL** | | | $ | **1,278.25** |
| **10/21/16 Deposition of Alex Park (defend)** | | | | |
| Video Services for Deposition (DVD capture and sync) | 10/21/2016 | | $ | 50.00 |
| **TOTAL** | | | $ | **615.34** |
| **10/24/16 Deposition of Steven David Solomon (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 10/24/2016 | | $ | 360.00 |
| **TOTAL** | | | $ | **2,781.65** |
| **10/28/16 Deposition of Ethan Cohen-Cole (take)** | | | | |
| Video Services for Deposition (video taping, master tapes) | 10/28/2016 | | $ | 1,165.00 |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD sync with transcript) | 10/28/2016 | | $ | 420.00 |
| **TOTAL** | | | $ | **7,369.06** |
| **11/3/16 Deposition of Searle E. Mitnick (take)** | | | | |
| Video Services for Deposition (video taping, master tapes) | 11/3/2016 | | $ | 725.00 |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD sync with transcript) | 11/3/2016 | | $ | 360.00 |
| **TOTAL** | | | $ | **4,360.21** |
| **11/4/16 Deposition of J.W. Thompson (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 11/4/2016 | | $ | 420.00 |
| **TOTAL** | | | $ | **3,131.41** |

| | | | | |
|---|---|---|---|---|
| **11/7/16 Deposition of Steven Grenadier (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 11/7/2016 | | $ | 240.00 |
| **TOTAL** | | | $ | **2,669.65** |
| **11/8/16 Deposition of Peter Genz (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 11/8/2016 | | $ | 240.00 |
| **TOTAL** | | | $ | **1,975.04** |
| **11/10/16 Deposition of Guhan Subramanian (take)** | | | | |
| Video Services for Deposition (video taping, master tapes) | 11/10/2016 | | $ | 700.00 |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD sync with transcript) | 11/10/2016 | | $ | 300.00 |
| **TOTAL** | | | $ | **3,987.95** |
| **11/11/16 Deposition of Edward Glazer (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 11/11/2016 | | $ | 360.00 |
| **TOTAL** | | | $ | **2,930.05** |
| **11/15/16 Deposition of Robert Schweihs (take)** | | | | |
| Video Services for Deposition (video taping, master tapes) | 11/15/2016 | | $ | 395.00 |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD sync with transcript) | 11/15/2016 | | $ | 120.00 |
| **TOTAL** | | | $ | **2,094.86** |
| **11/29/16 Deposition of Ethan Cohen-Cole (take)** | | | | |
| Video Services for Deposition (DVD capture and sync, remove video/ text streaming) | 11/29/2016 | | $ | 245.00 |
| **TOTAL** | | | $ | **2,003.00** |
| **11/29/16 Deposition of Steven David Solomon (defend)** | | | | |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD capture and sync) | 11/29/2016 | | $ | 120.00 |
| **TOTAL** | | | $ | **320.50** |
| **12/6/16 Deposition of Searle E. Mitnick (take)** | | | | |
| Video Services for Deposition (video taping, master tapes) | 12/6/2016 | | $ | 285.00 |
| Video Services for Deposition (capture of master tape to MPEG1 format, DVD sync with transcript) | 12/6/2016 | | $ | 80.00 |
| **TOTAL** | | | $ | **1,083.99** |
| | | | | |
| **GRAND TOTALS** | | | | |

| | | |
|---|---|---|
| **Video- Taping** | **$** | **9,640.00** |
| **Video - Ordering** | **$** | **12,147.50** |
| **Video-Ordering for Trial Witnesses** | **$** | **6,832.50** |