**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  07-2503

STEVEN A. STENDER, and
INFINITY CLARK STREET OPERATING, LLC,
on behalf of themselves and all others similarly situated,

        Plaintiffs

v.

ARCHSTONE-SMITH TRUST, ARCHSTONE-SMITH
OPERATING TRUST, ERNEST A. GERARDI, JR.,
RUTH ANN M. GILLIS, NED S. HOLMES, ROBERT P.
KOGOD, JAMES H. POLK, III, JOHN C. SCHWEITZER,
R. SCOT SELLERS, ROBERT H. SMITH, STEPHEN R.
DEMERITT, CHARLES MUELLER, JR., CAROLINE
BROWER, MARK SCHUMACHER, ALFRED G. NEELY,
TISHMAN SPEYER DEVELOPMENT CORPORATION,
RIVER HOLDING, LP,  RIVER ACQUISITION (MD), LP,
RIVER TRUST ACQUISITION (MD), LLC, ARCHSTONE
MULTIFAMILY SERIES I TRUST, ARCHSTONE ENTERPRISE
LP, ARCHSTONE INC., LEHMAN BROTHERS HOLDINGS
INC., ERP OPERATING LIMITED PARTNERSHIP, EQUITY
RESIDENTIAL, and AVALONBAY COMMUNITIES, INC.,

        Defendants.

---

## NOTICE OF APPEAL

---

    Notice is hereby given that Plaintiffs Steven A. Stender and Infinity Clark

Street Operating, LLC, on behalf of themselves and all others similarly situated,

hereby appeal to the United States Court of Appeals for the Tenth Circuit, from

the judgment entered taxing costs on September 27, 2018 (Dkt. 643) and the

Court's order denying Plaintiffs' motion for reconsideration of the award of costs

(Dkt. 650).

Dated:  October 24, 2018

Respectfully submitted,

*/s/ Kara A. Elgersma*
Kenneth A. Wexler
Kara A. Elgersma
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone:   (312) 346-2222

Lee Squitieri
SQUITIERI & FEARON, LLP
32 E. 57th Street, 12th Floor
New York, New York 10022
Telephone:   (212) 421-6492

**Class Counsel**

Matthew Wessler*
Daniel Townsend
GUPTA WESSLER PLLC
1900 L Street NW, Suite 312
Washington, DC 20036
Telephone:   (202) 888-1741

*admission pending*

Daniel C. Girard
Jordan Elias
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 981-4800

Rick D. Bailey
Burg Simpson Eldredge Hersh
   & Jardine, P.C.
40 Inverness Drive East
Englewood, Colorado 80112
Telephone:   (303) 792-5595

**Counsel for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

*/s/ Kara A. Elgersma*